```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 17420
     SHAWN LITTLE
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
     SSN XXX-XX-0357


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/04/04 and confirmed on 10/08/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   9700.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL CORP | SECURED | 4000.00 | 452.93 | 4000.00 |
| COLLECTION CORP OF AMERI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 892.29 | .00 | 284.02 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1186.52 | .00 | 377.67 |
| EMERGENCY SPECIALISTS OF | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| EXCELL LLC ST THERESE | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| CFG CREDIT LP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 760.53 | .00 | 242.08 |
| MANCHESTER KNOLLS COOPER | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN IL RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ARSI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TDS METROCOM | UNSECURED | 70.89 | .00 | 22.56 |
| VISTA MEDICAL CENTER WES | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTECH | UNSECURED | NOT FILED | .00 | .00 |
| PAN AMERICAN FIN SER | UNSECURED | NOT FILED | .00 | .00 |
| U OF I DEPT OF PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MARLINIT | UNSECURED | NOT FILED | .00 | .00 |

```
CHECKRITE              SPECIAL CLASS   NOT FILED              .00            .00
KNIGHT HOPE FANNING    UNSECURED       NOT FILED              .00            .00
TRIAD FINANCIAL CORP   UNSECURED         4940.24              .00        1572.48
      Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4000.00          .00      7850.47         .00      11850.47
PRINCIPAL PAID      4000.00          .00      2498.81         .00       6498.81
INTEREST PAID        452.93          .00           .00         .00         452.93
TOTAL PAID          4452.93          .00      2498.81         .00       6951.74
```

The Debtor's attorney, DAVID M SIEGEL                   , was allowed $   2700.00
and was paid $    456.00  direct and $   2244.00  through the plan.

The Trustee received $    404.26 .

Refunds to the Debtor totaled $    100.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 10/08/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 17420 SHAWN LITTLE